# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

XYZ Corporation

    Plaintiff,

v.

Case No.: 1:20−cv−03281

Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule "A"

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 19, 2020:

    MINUTE entry before the Honorable Andrea R. Wood: Status hearing set for 6/23/2020 is stricken. Plaintiff's motion to extend the temporary restraining order [20] is granted. The Court finds that good cause exists to extend the sealed temporary restraining order entered 6/9/2020 [19] for an additional 14 days. The sealed temporary restraining order shall expire on 7/7/2020. By 7/2/2020, Plaintiff shall either (1) file a motion for a preliminary injunction, or (2) file a status report indicating how else Plaintiff intends to proceed. Telephonic status hearing set for 7/7/2020 at [time]. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.